**UNITED STATES of America,**
**Appellee,**

v.

**Timothy WALLACE, Appellant.**

**No. 09–2073.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 31, 2010.

Filed: April 1, 2010.

---

Noelle C. Collins, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, St. Louis, MO, for Appellee.

Timothy Wallace, Minersville, PA, pro se.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Timothy Wallace appeals the district court's [1] denial of his motion for an order directing the court clerk to send him a cassette tape. Having carefully reviewed the record, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.